1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 252-8008
4  Facsimile:  (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorneys for Plaintiff
6  MISTER BAILEY

7
   ADOLFO B. GARBER (CSB No. 117817)
8  3580 Wilshire Blvd., Suite 1780
   Los Angeles, CA 90010
9  Telephone No. (213) 383-1131
   Fax No. (213) 383-1139
10 abgarber@sbcglobal.net

11 Attorney for Defendant,
   G2 BUSINESS GROUP, INC.

12             **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

15 | MISTER BAILEY | |
   |---|---|
16 | | **Case No.: 2:20-cv-10986-CJC (PDx)** |
   | Plaintiff, | Assigned to Hon. Cormac J. Carney |
17 | v. | |
18 | | **JOINT STIPULATION FOR** |
   | I. D. WEINER, AS TRUSTEE OF THE | **DISMISSAL OF DEFENDANT G2** |
19 | I. D. WEINER AND GAYLE A. | **BUSINESS GROUP, INC.** |
20 | WEINER REVOCABLE 1998 TRUST; | |
   | G2 BUSINESS GROUP, INC.; and | |
21 | DOES 1 to 10, | |
22 | | |
   | Defendants. | |
23

24

25

26

27

28

JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MISTER BAILEY ("Plaintiff") and Defendant G2 BUSINESS GROUP, INC. (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal without prejudice as to Defendant G2 BUSINESS GROUP, INC. in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

DATED: February 02, 2021     SO. CAL. EQUAL ACCESS GROUP

By:   /s/  Jason J. Kim
      Jason J. Kim
      Attorneys for Plaintiff

DATED: February 02, 2021     /s/  ADOLFO B. GARBER
                             ADOLFO B. GARBER, Attorney for
                             Defendant, G2 BUSINESS GROUP, INC.
                             Address: 3580 Wilshire Blvd., #1780
                             Los Angeles, CA   90010
                             Email: **abgarber@sbcglobal.net**

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 02, 2021          By: /s/ Jason J. Kim
                                      Jason J. Kim