SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, MISTER BAILEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MISTER BAILEY,<br><br>Plaintiff,<br><br>vs.<br><br>I. D. WEINER, AS TRUSTEE OF THE I. D. WEINER AND GAYLE A. WEINER REVOCABLE 1998 TRUST; G2 BUSINESS GROUP, INC.; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:20-cv-10986-CJC (PDx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |
|---|---|

Notice is hereby given that Plaintiff Mister Bailey ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: March 18, 2021                **SO. CAL EQUAL ACCESS GROUP**

　　　　　　　　　　　　　　　　　 */s/ Jason J. Kim*
　　　　　　　　　　　　　　　　　JASON J. KIM
　　　　　　　　　　　　　　　　　Attorney for Plaintiff