1 | **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
2 | Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
3 | Los Angeles, CA 90004
Telephone: (213) 252-8008
4 | Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MISTER BAILEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MISTER BAILEY, | Case No.: 2:20-cv-10986-CJC (PDx) |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| I. D. WEINER, AS TRUSTEE OF THE I. D. WEINER AND GAYLE A. WEINER REVOCABLE 1998 TRUST; G2 BUSINESS GROUP, INC.; and DOES 1 to 10, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MISTER BAILEY ("Plaintiff") and Defendant I. D. WEINER, AS TRUSTEE OF THE I. D. WEINER AND GAYLE A. WEINER REVOCABLE 1998 TRUST (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled action including all named defendants under the Complaint, in its entirety.  The parties shall each bear their own costs and attorneys' fees.

Respectfully submitted,

DATED:  March 18, 2021        SO. CAL. EQUAL ACCESS GROUP

By: /s/        Jason J. Kim
    Jason J. Kim
    Attorneys for Plaintiff

Dated: March 19, 2021         **Myles M Mattenson Law Offices**

By: _____/s/ Myles M Mattenson_____
    Myles M Mattenson
    Attorney for Defendant

<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 19, 2021        By: /s/ Jason J. Kim
                                  Jason J. Kim